PEOPLE v PATTON. (Docket No. 64439.) Rehearing denied. *Frank J. Kelley*, Attorney General, *Robert A. Derengoski*, Solicitor General, *Randy H. Smith*, Prosecuting Attorney, and *Leonard J. Malinowski*, Assistant Attorney General (Prosecuting Attorneys Appellate Service), for the people. Reported *ante*, 490.